(118 So. 920)

**Hattie ARMBRUSTER v. PROVIDENT LIFE & ACCIDENT INS. CO.** (6 Div. 978.)

Supreme Court of Alabama.   Oct. 18, 1928.

PER CURIAM.   Appeal dismissed by appellant.

(117 So. 923)

**Ex parte BIRMINGHAM ELECTRIC CO.** (6 Div. 182.)

Supreme Court of Alabama.   June 20, 1928.

PER CURIAM.   Rule nisi denied.

(119 So. 917)

**BIRMINGHAM ELECTRIC CO. v. S. B. BRAMLETT.** (6 Div. 152.)

Supreme Court of Alabama.   Jan. 17, 1929.

PER CURIAM.   Reversed and remanded by agreement.

(119 So. 917)

**Harper BOWMAN v. Firstie BOWMAN.** (7 Div. 816.)

Supreme Court of Alabama.   Jan. 17, 1929.

PER CURIAM.   Appeal dismissed for want of prosecution.

(118 So. 920)

**Luther BOZEMAN v. CENTRAL OF GEORGIA RY. CO.** (6 Div. 753.)

Supreme Court of Alabama.   Oct. 11, 1928.

W. A. Denson, of Birmingham, for appellant.

Nesbit & Sadler, of Birmingham, for appellee.

PER CURIAM.   Reversed and remanded on authority of Purifoy v. Central of Georgia Ry. Co., ante, p. 11, 117 So. 466.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.

(119 So. 917)

**BRADLEY LUMBER CO. et al. v. Arthur L. BROWN, Ex'r, etc.** (3 Div. 819.)

Supreme Court of Alabama.   Dec. 20, 1928.

PER CURIAM.   Appeal dismissed for want of prosecution.

(117 So. 923)

**G. W. BRASWELL v. McCONNON & CO.** (2 Div. 929.)

Supreme Court of Alabama.   May 24, 1928.

S. W. Compton, of Linden, for petitioner.
Wm. Cunninghame, of Linden, opposed.

BOULDIN, J.   Petition of G. W. Braswell for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Braswell v. McConnon & Co., 22 Ala. App. 660, 117 So. 924.   Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.